# EXHIBIT 1

COMPLAINT - 11

## CRAWFORD & COMPANY

| | | |
|---|---|---|
| **Job Title:** | **Senior Property Adjuster** | **DB7025**<br>**Job Code** |
| **Date Modified**<br>**Or Created:** | **01/01/09** | **Salary**<br>**Grade FE04** |

**Summary of Role:**

Under light supervision, handles all types of the most serious structural losses, resolves highly complex claims by investigating losses, negotiating settlements, presenting evidence in legal proceedings, while maintaining adequate production levels; makes sales calls when requested to do so.

**Responsibilities:**

* Examines claims forms, policies and endorsements, client instructions and other records to determine coverages.
* Investigates claims by interviewing claimants and witnesses, obtaining official reports, by inspecting physical damage, and by comparing claim information with evidence.
* Sets loss reserves.
* Prepares reports by collecting and summarizing information required by client, local, state and federal government and by Crawford.
* Settles claims by determining insurance carrier's liability, client's instructions and authority levels required by obtaining demands and making offers to claimants, issuing settlement checks, making filings with regulatory agencies, disposing of salvage, pursuing subrogation when appropriate.
* Controls claims costs
* Maintains company reputation and integrity of insurance products by complying with federal and state regulations and service standards.
* Recommends litigation when appropriate.
* Presents evidence at legal proceedings, producing reports and other documents as evidence.
* Maintains expected case load.
* Maintains professional and technical knowledge through continuing education.
* Makes sales calls by calling on local businesses to solicit new business or to maintain existing clients.
* May assist and mentor junior adjusters with claims handling.
* Product supervision focuses primarily on product being presented to the client.
* Upholds the Crawford Code of Business Conduct at all times.
* Participates in special projects or performs duties in other areas as requested.

* *Essential functions.*

COMPLAINT - 12

**Education:**
College degree or an equivalent combination of education and experience.

**Knowledge and Skills:**
- Strong verbal and written communication skills.
- Good attention to detail.
- Strong analytical and mathematical ability.
- Excellent interpersonal skills.
- Solid time management skills and organizational ability.
- Ability to deal effectively with challenging situations and people.

**Experience:**
Minimum 2 years claims handling experience, and completion of continuing education requirements.

**Decision Making/Interaction:**
Continuous interaction with claimants and clients to exchange information, often requiring analysis of alternative courses of action.

**Special Requirements/Certifications/Continuing Education:**
Must be licensed as required by state and local jurisdictions. Outside adjusters must have a valid driver's license. Must complete continuing education requirements as outlined by Crawford Educational Services.

**Physical Requirements:**
- The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job.
- Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.
- Ability to talk and hear.
- Ability to see and read.
- Reaching and manual dexterity for operating computer keyboard.
- While performing the duties of this position, auto travel may be required.
- The employee is required to extend hands and arms in various directions in order to handle files and associated paperwork; use hands/fingers in repetitive motion in keyboard usage; use hands/fingers to efficiently utilize a writing instrument.
- Ability to ascend or descend stairwells.
- Ability to climb up to and on rooftops.
- Ability to climb ladders.
- Ability to maintain balance when walking on narrow, slippery, or sloping surfaces.
- Ability to stoop, kneel, crouch, crawl, stand, sit, and walk, etc.
- Ability to work outdoors, exposed to all weather conditions.

COMPLAINT - 13

- Expressing or exchanging ideas by means of the spoken word is required, as well as the ability to convey detailed/important instructions in an accurate manner.
- Ability to frequently talk or hear on a telephone and receive detailed information through oral communication is required.
- Requires the exertion up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently, and/or a negligible amount of force constantly to move objects.
- Visual activity requirements are those of Clerical Administrative. This is a minimum standard for use with those whose work deals largely with preparing and analyzing data and figures, accounting, computer terminal, extensive reading, operation of machines, and using measurement devices.

COMPLAINT - 14