# EXHIBIT 2

COMPLAINT - 15

**From:**       GrpMktClmOpsReporting@LibertyMutual.com
**Sent:**       Tue, 27 Feb 2018 13:44:55 +0000
**To:**
benefits@us.crawco.com;DKGARR@US.CRAWCO.COM;Melanie_Busch@us.crawco.com;SCBONN@US.C
RAWCO.COM
**Subject:**    Claim # 7890735, KELLY MOAT

THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.

The above named employee has applied for short term disability benefits. The date of disability is 2/10/2018. The benefit begin date is 2/24/2018. The claim has been approved through 2/26/2018. The case manager for this claim is Lauren Davis. The claim number is 7890735.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 210-0268.

**Special Instructions:** Manager: This employee has been approved for disability benefits. Action is required: Please be sure to change the employee's status to leave in Lawson by doing a personnel change if you have not done so already. Status should be leave (with or without pay) effective the first day of absence. Select reason-LOA dis nc.

COMPLAINT - 16