# EXHIBIT 3

COMPLAINT - 17



**Liberty Life Assurance Company of Boston**

Debra Kaitschuck, MC, CDMS
Group Benefits Claims
PO Box 7209
London, KY 40742-7209
Phone:   (800) 320-7585, Ext. 41567
Fax:     (603) 334-7681
E-Mail:  Debra.Kaitschuck@LibertyMutual.com

## OCCUPATIONAL ANALYSIS / VOCATIONAL REVIEW

| | |
|---|---|
| **Claimant Name:** | Kelly Moat |
| **Claim Number:** | 8077199 |
| **Disability Case Manager:** | Khya McCrorey |
| **Date of Report:** | 5/4/2018 |

## FILE REVIEW / SUMMARY

### DEMOGRAPHICS

Mr. Moat is a 60-year-old Senior Property Adjuster employed by Crawford & Company since 12/16/2014. Mr. Moat discontinued work on 2/10/2018 due to polyneuropathy, symptomatic.

In preparation for this report, I have reviewed the electronic claim file and researched standard vocational resources (e.g. Dictionary of Occupational Titles (DOT), Occupational Outlook Handbook (OOH), Occupational Information Network (O*NET) / Standard Occupational Classification (SOC) coding system, etc.) and Internet job boards.

### JOB

The details of Mr. Moat's job were obtained from his job description that was found in his claim file. In this job, Mr. Moat's job description reads:

> "Under light supervision, handles all types of the most serious structural losses, resolves highly complex claims by investigating losses, negotiating settlements, presenting evidence in legal proceedings, while maintaining adequate production levels; makes sales calls when requested to do so.
>
> - Examines claims forms, policies and endorsements, client instructions and other records to determine coverages.
> - Investigates claims by interviewing claimants and witnesses, obtaining official reports, by inspecting physical damage, and by comparing claim information with evidence.
> - Sets loss reserves.
> - Prepares reports by collecting and summarizing information required by client, local, state and federal government and by Crawford."

A Liberty Mutual Company

Please see job description in claim file for full details.

## ASSESSMENT / ANALYSIS

### OCCUPATION

Based on a review of the job information provided, Mr. Moat's job tasks are best represented by the following occupational title: Claim Examiner/Adjuster/Investigator. This occupational title has four Dictionary of Occupational Titles (DOT) descriptions and two Standard Occupational Classification/Occupational Information Network (SOC/O*NET) descriptions that accurately reflect the totality of the occupation (please see reference codes at the bottom of this report for a list of them). The DOT descriptions range from a sedentary to light physical demand level. The DOT descriptions and tasks are substantially similar to the updated information in SOC/O*NET. It reads for both codes:

"Investigate, analyze, and determine the extent of insurance company's liability concerning personal, casualty, or property loss or damages, and attempt to effect settlement with claimants. Correspond with or interview medical specialists, agents, witnesses, or claimants to compile information. Calculate benefit payments and approve payment of claims within a certain monetary limit.

Review settled insurance claims to determine that payments and settlements have been made in accordance with company practices and procedures. Report overpayments, underpayments, and other irregularities. Confer with legal counsel on claims requiring litigation.

Sample of reported job titles: Claims Representative, Claims Adjuster, Claims Examiner, Claims Analyst, Claims Specialist, Claims Manager, General Adjuster, Independent Insurance Adjuster, Litigation Claim Representative, Field Liability Generalist, Claims Manager, Claims Supervisor, Customer Care Specialist, Corporate Claims Examiner, Home Office Claim Specialist"

The Occupational Outlook Handbook (OOH) provides information for this occupation under Claims Adjusters, Appraisers, Examiners and Investigators. The OOH adds,

"Claims adjusters, appraisers, examiners, and investigators held about 311,100 jobs in 2012. Their work environments vary. Claims adjusters and examiners spend time in offices reviewing documents and conducting research, in addition to working outside when examining damaged property. Appraisers and investigators work outside more often, inspecting damaged buildings and automobiles and conducting surveillance. Auto damage appraisers spend much of their time at automotive body shops estimating vehicle damage costs."

### PHYSICAL DEMANDS

The DOT, OOH, O*NET survey data (2009 & 2010 surveys of incumbents) were consulted regarding the physical demands of this occupation. Although some data is suppressed under the O*NET online indicating that it does not rise to the level of validity criteria (and, therefore, cannot

2

COMPLAINT - 19

be relied upon with any vocational certainty), the suppressed data is provided to developers and can be useful to obtain a general understanding of these requirements and how survey incumbents responded. Based on this information, this occupation is most often performed at a sedentary and light physical demand levels, with opportunities at both levels.

The Department of Labor defines sedentary work as,

> **"S-Sedentary Work** - Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally and all other sedentary criteria are met."

Positional requirements in sedentary environments include:

- **Frequent and Constant** sitting
- **Frequent** handling, fingering
- **Occasional** standing, walking, bending/stooping, twisting, reaching (reaching can be reduced by moving objects within an ergonomic distance from the body)
- **No** kneeling, crouching/squatting, crawling, climbing, balancing

The Department of Labor defines light work as,

> **L-Light Work -** Exerting up to 20 pounds of force occasionally, and /or up to 10 pounds of force frequently, and/or a negligible amount of force constantly to move objects. Physical demand requirements are in excess of those for sedentary work. Even though the weight lifted may be only a negligible amount, a job should be rated Light Work: (1) when it requires walking or standing to a significant degree; or (2) when it requires sitting most of the time but entails pushing and/or pulling of arm or leg controls; and/or (3) when the job requires working at a production rate pace entailing the constant pushing and/or pulling of materials even though the weight of those materials is negligible. NOTE: The constant stress and strain of maintaining a production rate pace, especially in an industrial setting, can be and is physically demanding of a worker even though the amount of force exerted is negligible."

Positional requirements in light environments include:

- **Frequent** sitting, standing, reaching, handling and fingering
- **Occasional** walking, bending/stooping, twisting, kneeling, crouching/squatting, crawling, climbing, balancing

## ACTION PLAN / OUTCOME

### SUMMARY AND CONCLUSIONS

3

COMPLAINT - 20

With a reasonable degree of vocational certainty, the typical physical demands of Mr. Moat's occupation of Claim Examiner/Adjuster/Investigator are most often sedentary and light in physical demand. Positional requirements are outlined above. Based on the standard vocational resources outlined above, coupled with my vocational expertise, part-time opportunity does exist in this occupation.

I have not met with Mr. Moat for the purpose of this review. All opinions are based on a review of medical records and resources listed only. Thank you for the opportunity to review this file. Please contact me if you have any questions regarding this report or if I can be of further assistance with this file.

Respectfully submitted,

*Electronically Signed*

Debra Kaitschuck, MC, CDMS
Vocational Case Manager
Certified ADA Administrator
SDN: 87331615
Group Benefits Claims
Liberty Life Assurance Company of Boston

**REFERENCE CODES**

DOT
168.267-014 Claim Examiner
191.167-014 Claim Agent
241.217-010 Claim Adjuster
241.267-018 Claim Examiner

O*NET
Claims Examiners, Property and Casualty Insurance (13-1031.01)
Insurance Adjusters, Examiners, and Investigators (13-1031.02)
Insurance Adjusters, Examiners, and Investigators (13-1031.02)
Insurance Adjusters, Examiners, and Investigators (13-1031.02)

4

COMPLAINT - 21