# EXHIBIT 4

COMPLAINT - 22

## Memorandum

| Customer | Claimant Name | DOB | Claim number |
|---|---|---|---|
| Crawford & Company | Moat, Kelley | 09/19/1967 | 8077199 |

To:                        Khya Mccrorey

From:                    K. Sivakumar, MD   CP Neurology

Date:                    June 13, 2018

LDW:                    02/09/2018

Job Title:             Insurance adjuster - Appraiser

Diagnosis:            Polyneuropathy and ataxia

Type of Claim:      LTD

Date Referred:      05/07/2018

Date Report Needed:    05/25/2018

**The responses to the following questions on the above claimant are based solely on a review of the Liberty Mutual Electronic Medical Records available on the date of this report and conversations with Attending Physicians described below.**

Tx - 5/25/2018: MDS REVIEW COMPLETED ON 4/25 ON STD CLAIM AND NOTES CLMT RESTRICTED TO SEDENTARY WORK CAPACITY AND UNABLE TO CLIMB LADDERS AND WORK FROM HEIGHTS.Please contact tx provider(s): Dr. PUGH ph:  (509) 473-0885 and fax:  (509) 777-0432. When contacting the treating provider(s) please clarify the information reviewed and discuss any factors that are supporting an inability to work that may not be contained in the medical records to help us understand reason for disability. During the conversation, the employees functional abilities should be discussed for RTW plan/goals. Document information obtained from the call and resulting updates if applicable in the reasonably supported medical necessity for restrictions and limitations and their timeframes. Please specify issues that were not clarified and summarize where the provider opinion remains not supported by available medical records.

First call 05302018 8 am local time.  Second call 06022018 at 9 am; another message left. Third call on 06112018 at 3 pm local time.  No response or call back.

COMPLAINT - 23

Review of medical records – Name: Moat, Kelley        Claim Number: 8077199
K. Sivakumar, MD
Page 2 of 4 pages

Please note all diagnoses supported by the medical evidence (including co-morbids).

**Diabetes**
**Polyneuropathy**
**Ataxia – possibly related to polyneuropathy**

Please clarify which diagnoses are causing impairment.

**Polyneuropathy and ataxia**

For each impairing diagnosis that is supported by the medical evidence, please outline reasonably supported restrictions and limitations, including duration and prognosis. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). When clarifying the supported restrictions and limitations, please be sure to address endurance restrictions/limitations if any, for example, from performing full time activities throughout an 8 hour day.

**Significant impairment from the above diagnosis includes difficulty in balance, loss of dexterity in hands, with pain in hands and feet. Symptoms have been evolving over the last eight years and have reached a point affecting his ability to function safely.  As stated in medical records, he was asked to go on STD, because of impairment and inability to perform work safely.  His attending physician's assessment indicates that restrictions   are needed for safety reasons.  The claimant cannot perform anything more than a sedentary occupation safely given his impairment. Also, his limitations may include   keyboarding   and   climbing heights that affect his current occupation.  However, he is able to function in a sedentary occupation on a full time basis.**

Please comment on appropriate treatment.

**Additional investigations are needed to exclude alternative causes for the balance problem.**

Does the claimant has reliable, sustainable capacity within the identified restriction.

**Yes. He will be able to perform reliably and in a sustained fashion within the restrictions of a sedentary occupation avoiding heights. Keyboarding function may possibly be a limiting factor but not surmountable given the physical exam showing hardly any signs in the upper extremities.**

Does the medical evidence support any side effects from the prescribed medications? If yes, please provide the supported impairments and outline how any impairment affects functional capacity

COMPLAINT - 24

Review of medical records — Name: Moat, Kelley          Claim Number: 8077199
K. Sivakumar, MD
Page 3 of 4 pages

including duration and prognosis. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc).

**Medical records do not indicate any adverse effects related to medications.**

Please review the treating providers treatment plan. Based on available medical records, please indicate whether or not it is consistent with the current standard of care. If not, please provide an evidence based rationale to support if it is or is not consistent with the current standard of care and outline what the appropriate treatment plan entails.

**The preserved reflexes, minimal sensory findings, near normal electrophysiology findings raise the possibility of a myelopathy or cerebellar issues, in addition to the polyneuropathy. This needs to be resolved by additional imaging studies of the Brain and spinal cord. A review of neurology records in 6 months may be appropriate.**

Are the restrictions and limitations permanent?

**At this time, in the absence of other alternative causes, the limitations appear to be permanent. However, confirmation is needed by a review of neurology records in 6 months.**

Please comment if the claimant has part time capacity within the supported restrictions and limitations.

**In a sedentary occupation, the claimant has full-time capacity.**

If unable to speak with the attending physician(s) please confirm if we may share a copy of your report with him/her/them by indicating "yes" or "no", or advise if you would like to discuss first by indicating "call me to discuss".

**YES.**

COMPLAINT - 25

Review of medical records – Name:  Moat, Kelley          Claim Number: 8077199
K. Sivakumar, MD
Page 4 of 4 pages

**RECORDS REVIEWED by K. Sivakumar, MD:**

All medical and other records available on the Liberty Mutual "system one" as of June 13, 2018 were reviewed. I have summarized and interpreted the reviewed records relevant to the claimant's diagnosis.

**Analysis of Medical Records:**

Review of available medical records indicate that the claimant has developed progressive symptoms of polyneuropathy over the last eight years since he was diagnosed with diabetes. Although the symptoms are suggestive of a polyneuropathy, clinical findings and electrophysiological findings do not entirely support the severity of his symptoms. The claimant does have significant true balance difficulties. The medical records also indicates that the patient had reported that he was asked to transfer his workload to a colleague and advised to go on short-term disability because of his inability to function at his as an insurance adjuster where balance and ability work on ladders and roofs are a must. While the medical records suggests that his impairment and restrictions prevent him from returning to his current occupation, he is capable of attending to a full-time sedentary occupation. There are additional investigations necessary to exclude alternative causes for his balance problem. Thus, a review of records in six months is needed to support permanent restriction to a sedentary occupation emanating from his impairment.

Electronically Signed

K. Sivakumar, MD
Consulting Physician
Board Certified, Neurology

COMPLAINT - 26