# EXHIBIT 6

COMPLAINT - 32

From:        GrpMktClmOpsReporting@LibertyMutual.com
Sent:        Tue, 1 May 2018 10:57:36 +0000
To:
benefits@us.crawco.com;DKGARR@US.CRAWCO.COM;Melanie_Busch@us.crawco.com;SCBONN@US.C
RAWCO.COM
Subject:     Claim # 7890735, KELLY MOAT

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 2/10/2018. The benefit begin date is 2/24/2018. The claim has been approved through 8/10/2018. As of 8/11/2018 this claim is closed. The closure reason is for MAXIMUM DURATION/SWITCHED TO LTD. The case manager for this claim is Khya McCrorey. The claim number is 7890735.

If you have further questions, please call Liberty Mutual at (800) 210-0268.

**Special Instructions:** Manager: This employee may have been released to return to work on the date indicated in this notice. Action may be required: Please change the employee's status back to active in Lawson by doing a personnel change effective the employee's first day back actively at work. Submit a LAN and Notes request in the CAM system to reinstate system access.

COMPLAINT - 33