# EXHIBIT 7

COMPLAINT - 34



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-7640

June 13, 2018

Mr. Kelly A. Moat
PO BOX 592
NINE MILE FALLS, WA 99026

RE:     Long Term Disability (LTD) Benefits
        Crawford & Company
        Claim #: 8077199

Dear Mr. Kelly Moat:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Crawford & Company's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

Based on the information received, your claim has been denied and no benefits are payable.

The Policy requires that to receive benefits you must meet the following definition of disability:

*"Disability" or "Disabled"*, with respect to Long Term Disability, means:
*1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
*i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
*ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

*2. With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft: "Disability" or "Disabled" means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation*

*Own Occupation", with respect to Long Term Disability, means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is normally performed in the national economy.*

*"Partial Disability" or "Partially Disabled" means the Covered Person, as a result of Injury or Sickness, is able to:*
*1. perform one or more, but not all, of the Material and Substantial Duties of his Own Occupation*

1 of 4

COMPLAINT - 35

or Any Occupation on an Active Employment or a part-time basis; or
2. perform all of the Material and Substantial Duties of his Own Occupation or Any Occupation on a part-time basis; and
3. earn between 20.00% and 80.00% of his Basic Monthly Earnings.

In order to evaluate whether or not you have met the above definition of disability, we requested medical information from your physician(s).

You submitted a claim for polyneuropathy and ataxia. Your claim file contains the following medical documentation:

- A restrictions form from Dr. Pugh received on April 18, 2018

- Medical records from Dr. Pugh dated February 23, 2018 through April 18, 2018

In order to better understand the severity of your condition and inability to perform the duties of your occupation your file was reviewed by a Consulting Physician Board Certified in Neurology. This Consulting Physician also attempted to contact your provider.

Based on contact attempts with your provider, the Consulting Physician noted the following:

*First call to Dr. Pugh was on 05/30/2018 8 am local time. Second call 06/02/2018 at 9 am; another message left. Third call on 06/11/2018 at 3 pm local time. No response or call back*

After contact attempts with your provider, and reviewing your medical information the Consulting Physician concluded the following:

Diagnoses causing impairment:

*Polyneuropathy and ataxia*

*Significant impairment from the above diagnosis includes difficulty in balance, loss of dexterity in hands, with pain in hands and feet. Symptoms have been evolving over the last eight years and have reached a point affecting his ability to function safely. As stated in medical records, he was asked to go on STD, because of impairment and inability to perform work safely. His attending physician's assessment indicates that restrictions are needed for safety reasons. The claimant cannot perform anything more than a sedentary occupation safely given his impairment. Also, his limitations may include keyboarding and climbing heights that affect his current occupation. However, he is able to function in a sedentary occupation on a full time basis.*

*He will be able to perform reliably and in a sustained fashion within the restrictions of a sedentary occupation avoiding heights. Keyboarding function may possibly be a limiting factor but not surmountable given the physical exam showing hardly any signs in the upper extremities.*

We also referred your file to our Vocational Rehabilitation Department for an Occupational Analysis. This analysis is to determine whether you could perform the duties of your own occupation within the restrictions that have been placed on you. This analysis concluded that your occupational demands as a Claim Examiner/Adjuster/Investigator are typically performed at the

COMPLAINT - 36

Sedentary level of physical demand and also exists on a part-time basis. Sedentary work is defined by the Department of Labor as follows:

*"Sedentary Work – "xerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time) to lift, carry, push, pull, or otherwise move objects, including the human body. Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are required only occasionally and all other sedentary criteria are met."*

*Positional requirements in a sedentary environment include:*

- *Frequent and Constant sitting, handling, fingering*
- *Occasional standing, walking, bending/stooping, twisting, reaching (reaching can be reduced by moving objects within an ergonomic distance from the body)*
- *No kneeling, crouching/squatting, crawling, climbing, balancing*

Based on the medical information in relation to your occupational requirements, you do not meet your Policy's definition of disability, and as a result we are unable to approve your claim for LTD benefits at this time.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Liberty Life Assurance Company of Boston
Attn: Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

- All office notes, physical therapy notes, a valid Functional Capacity Evaluation, test results, hospital records, therapy records, operative reports, prescription histories, treatment plans and any other medical records from all treating physicians that would support that you are unable to perform the duties of your occupation n both a part time and full time basis.

You should also provide any additional information that you feel will support your claim.

COMPLAINT - 37

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Liberty Life does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Liberty Life to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłįį' dóó ná'ookąąh nííní'ą́ągo naaltsoos níiníłtsoozígíí hazho'ó bik'idi'deeshtįįł nínízingo doo bą́ą́h ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the company, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Khya McCrorey
LTD Specialist
Phone No.: (800) 291-0112 Ext. 13967
Secure Fax No.: (603) 334-7640

COMPLAINT - 38