# EXHIBIT 13

COMPLAINT - 75

Mar 14 2019 18:34:06 GMT  FROM: RFC/NUHNT              MSG# 456e3354-9cf8-48d2-b PAGE 002 OF 002



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5704

March 14, 2019

J. Scott Miller
Law Office of Scott Miller, P.S.
201 W. NORTH RIVER DRIVE
SUITE 305
SPOKANE, WA 99201

RE:    Long Term Disability (LTD) Benefits
       Crawford & Company
       Claim #: 8077199
       Claimant: Kelly Moat

Dear J. Scott Miller:

We are writing in response to your March 4, 2019 correspondence requesting reconsideration of Mr. Moat's LTD denial.

As noted on page 10 of our February 12, 2019 appeal determination letter, we conducted a thorough and independent review of Mr. Moat's entire claim. We reviewed and considered the January 3, 2018 (should be 2019) letter from Kellie Parham, HR at Crawford & Company. Lastly, the appeal review and analysis considered all the medical and claim documentation contained in Mr. Moat's LTD administrative record, whether or not specifically referenced in the February 12, 2019 appeal determination letter.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jane Daniell
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 16393
Secure Fax No.: (603) 334-5704

Mar 14 2019 10:33:56 GMT  FROM: RFC/NUHNT          MSG# 456e3354-9cf8-48d2-b PAGE 001 OF 002



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5704

| | |
|---|---|
| Date: | March 14, 2019 |
| To: | J. SCOTT MILLER<br>LAW OFFICE OF SCOTT MILLER, P.S.<br>201 W. NORTH RIVER DRIVE<br>SUITE 305<br>SPOKANE WA 99201 |
| Attn: | |
| Fax: | (509) 328-6436 |
| From: | Jane Daniell<br>Appeals Consultant<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5704 |
| Total Pages<br>(Including Cover): | 2 |
| RE:<br><br>Claim #:   8077199<br>Claimant:  Kelly Moat<br><br>Crawford & Company | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

COMPLAINT - 77