# EXHIBIT 14

COMPLAINT - 78

Steven. L. Pugh, MD
Jason Aldred, MD FAAN
Jeffrey Emery, D.O.
Anne-Marie Bergeleen, MSN, ARNP
Jamie Mark, MSN, ARNP



## SELKIRK
## NEUROLOGY

610 S. Sherman, #201
Spokane, WA 99202
Phone: 509.473.0885
Fax: 509.795.0895
info@selkirkneurology.com

Selkirk Neurology
610 S Sherman Street, Suite 201
Spokane WA  99202
Phone: 509-473-0885
Fax: 509-795-0895

Date: September 21, 2019

Patient: Kelly Moat
DOB: 09/19/1957

RE: letter request to clarify neurological disability

Kelly was diagnosed with a painful diabetic polyneuropathy last year (June 28, 2018) and since the date of his diagnosis, which was about the time he was no longer able to work as an insurance adjuster, his symptoms have progressed and as a result his limitations and restrictions have increased. Reviewing my note from April 2018 at that time I also commented on the symptoms that he was having in his hands.

Now his diabetic neuropathy seems to be affecting his upper extremities equally, as it has progressed and spread to the hand and fingertips. He has moderate numbness, tingling, and a burning pain in both hands that is primarily in the distal sensory branches of all three named nerves that go to the hands; the radial, ulnar, and median nerves in both hands. He has difficulty with proprioception, which in turn affects the coordination of both hands. Because of the progression of his neuropathy I do not feel like Kelly can sit at a desk and uses hands to manipulate a keyboard and/or a mouse to make computer entries. He just does not have the coordination that it requires to be efficient at this skill and he is now also on high doses of gabapentin for his neuropathy, which just further makes his balance more tenuous and affects his coordination overall. These hand symptoms will not get better and will progress over time. Even if he manages his diabetes as best as he can I predict the neuropathy will progress.

Simply put, this patient's neuropathy (which is in his hands and legs / feet) will prevent him from being an efficient office worker specifically the fine coordinated movements of his hands which will prevent him from using a keyboard efficiently. He was evaluated by my staff and me just recently, August 30, 2019, so this letter is based on that evaluation.

The fact of the matter is he has had disabling neuropathic symptoms consistent with a disabling moderate polyneuropathy for over a year and his hand symptoms were documented all along since April 2018. I am surprised and ashamed of the way he has been treated by his former employer and the insurance company that sold him a disability policy that is apparently worthless.

Sincerely,

Steven L Pugh, MD
Board-certified neurologist

COMPLAINT - 79