# EXHIBIT 16

COMPLAINT - 84

Oct 04 2019 14:08:34 EDT Libert  Mutual Insur    MSG# 1471468  )-006-1    Page 002 Of 003

 **Lincoln** Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5704

October 4, 2019

J. Scott Miller
Law Office of Scott Miller, P.S.
201 W. NORTH RIVER DRIVE
SUITE 305
SPOKANE, WA 99201

RE:    Long Term Disability (LTD) Benefits
Crawford & Company
Claim #: 8077199
Claimant: Kelly Moat

Dear J. Scott Miller:

Lincoln Life Assurance Company of Boston is responsible for managing claims for benefits under the Crawford & Company Long-Term Disability (LTD) Insurance Policy.

On October 1, 2019, we received your letter along with a letter from Dr. Steven Pugh. As you are aware, on February 12, 2019, we rendered a determination on Mr. Moat's LTD claim file. As outlined in the letter:

The Crawford & Company's Group Disability Income Policy contains the below provision:

## Legal Proceedings

*A claimant or the claimant's authorized representative cannot start any legal action:*

1. *until 60 days after Proof of claim has been given; or*

2. *more than one year after the time Proof of claim is required.*

If Mr. Moat's policy is subject to ERISA, he may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact his local U.S. Department of Labor Office or his state insurance regulatory agency. In addition, once all required reviews of Mr. Moat's claim has been completed, he has the right to bring a civil action under applicable law. His employer's policy has a contractual limitations period of one year, which means that a lawsuit must be brought within one year after the date written proof of claim or proof of continued disability was required. The date on which the contractual limitations period expires for this claim is November 9, 2019.

COMPLAINT - 85

Pursuant to ERISA Regulations, Mr. Moat was afforded an opportunity to appeal the denial of his claim and to submit additional documentation to support his claim. Lincoln Life Assurance Company of Boston reviewed this appeal and rendered our final decision on Mr. Moat's claim. Mr. Moat has exhausted his administrative remedies under ERISA. Therefore, his claim remains closed and no further action will be taken by Lincoln Life Assurance Company of Boston.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jane Daniell
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 16393
Secure Fax No.: (603) 334-5704

COMPLAINT - 86

Oct 04 2019 14:00:24 EDT Libert   Mutual Insur       MSG# 147146E   )-006-1      Page 001 Of 003



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5704

| | |
|---|---|
| Date: | October 4, 2019 |
| To: | J. SCOTT MILLER<br>LAW OFFICE OF SCOTT MILLER, P.S.<br>201 W. NORTH RIVER DRIVE<br>SUITE 305<br>SPOKANE WA 99201 |
| Attn: | |
| Fax: | (509) 328-6436 |
| From: | Jane Daniell<br>Appeals Consultant<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5704 |
| Total Pages<br>(Including Cover): | 3 |
| RE: | |
| Claim #: 8077199<br>Claimant: Kelly Moat<br><br>Crawford & Company | |

**Important**

Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

**Importante**

Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

COMPLAINT - 87