J. Scott Miller, WSBA #14620
Law Offices of J. Scott Miller, P.S.
The Jockey Club
115 N. Washington, Suite 201
Spokane, WA 99201
509.327.5591
jscottmiller@jscottmiller.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF EASTERN WASHINGTON
AT SPOKANE

| | |
|---|---|
| KELLY A. MOAT and KAROLYN K. MOAT, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>LINCOLN LIFE ASSURANCE OF BOSTON (formerly Liberty Life Assurance Company of Boston), a foreign corporation, a wholly owned subsidiary of LIBERTY INSURANCE GROUP; and/or LINCOLN NATIONAL GROUP,<br><br>Defendants. | NO:  2:19-cv-00385-TOR<br><br>PLAINTIFFS' MOTION TO EXTEND TIME FOR DEFENDANT TO FILE ANSWER AND REQUEST FOR EXPEDITED HEARING<br><br>12/4/19 @ 6:00 P.M.<br><br>WITHOUT ORAL ARGUMENT |

COMES NOW THE PLAINTIFFS, by and through their attorney, J. Scott Miller of the Law Offices of J. Scott Miller, P.S., and moves the court to allow Defendant Liberty Life Assurance of Boston ("Liberty") an additional 30-days to file an Answer in the above-captioned matter. Defendant has contacted Plaintiffs' counsel and requested additional time in which to evaluate making a settlement offer that would resolve the matter, and Plaintiffs believe it is in their best interest to agree.

**PLAINTIFFS' MOTION TO EXTEND TIME FOR DEFENDANT TO ANSWER - 1**

Defendant was served with a 21-day summons through the Washington Insurance Commissioner's office on November 15, 2019 (**ECF 5**). The proposed new deadline for filing an Answer would be January 6, 2020.

It is respectfully requested that this motion be expedited as defendant's answer is currently due on December 6, 2019.

DATED: November 25, 2019.

LAW OFFICES OF J. SCOTT MILLER, P.S.

By: *s:/J. Scott Miller*

J. SCOTT MILLER, WSBA #14620
Attorney for Plaintiffs

**PLAINTIFFS' MOTION TO EXTEND TIME FOR DEFENDANT TO ANSWER - 2**

*Law Offices of J. Scott Miller, P.S.*
*115 N. Washington – Suite 201*
*The Jockey Club*
*Spokane, WA 99201*
*(509) 327-5591*