J. Scott Miller, WSBA #14620
Law Offices of J. Scott Miller, P.S.
The Jockey Club
115 N. Washington, Suite 201
Spokane, WA 99201
509.327.5591
jscottmiller@jscottmiller.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF EASTERN WASHINGTON
AT SPOKANE

| | |
|---|---|
| KELLY A. MOAT and KAROLYN K. MOAT, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>LINCOLN LIFE ASSURANCE OF BOSTON (formerly Liberty Life Assurance Company of Boston), a foreign corporation, a wholly owned subsidiary of LIBERTY INSURANCE GROUP; and/or LINCOLN NATIONAL GROUP,<br><br>Defendants. | NO:  2:19-cv-00385-TOR<br><br>ORDER EXTENDING TIME FOR DEFENDANT TO FILE ANSWER |

THIS MATTER having come before this Court upon the expedited motion of Plaintiffs to extend the time for defendant to file an answer and the Court having reviewed the motion and the records and files herein, and finding that good cause exists to grant the motion to extend time, now, therefore,

**ORDER EXTENDING TIME FOR DEFENDANT TO FILE AN ANSWER - 1**

*Law Offices of J. Scott Miller, P.S.*
*115 N. Washington – Suite 201*
*The Jockey Club*
*Spokane, WA  99201*
*(509) 327-5591*

IT IS HEREBY ORDERED that plaintiffs' motion is **GRANTED,** and Defendant's time to answer the Complaint served upon it shall be extended to January 6, 2020.

DATED: _____, 2019.

_____
JUDGE THOMAS O. RICE

**ORDER EXTENDING TIME FOR DEFENDANT TO FILE AN ANSWER - 2**

*Law Offices of J. Scott Miller, P.S.*
*115 N. Washington – Suite 201*
*The Jockey Club*
*Spokane, WA  99201*
*(509) 327-5591*