Andrew Schpak, Oregon Bar No. 044080
BARRAN LIEBMAN LLP
601 SW 2nd Avenue, Suite 2300
Portland, Oregon 97204
PH:  (503) 228-0500
FX:  (503) 274-1212
Email:  ASchpak@barran.com

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON
### AT SPOKANE

| | |
|---|---|
| KELLY A. MOAT and KAROLYN K. MOAT, husband and wife, <br><br> Plaintiffs, <br><br> vs. <br><br> LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, (formerly Liberty Life Assurance Company of Boston), a wholly owned subsidiary of LIBERTY INSURANCE GROUP, and/or LINCOLN NATIONAL GROUP, <br><br> Defendant. | Case No. 2:19cv00385-TOR <br><br> **DECLARATION OF IWANA RADEMAEKERS IN SUPPORT OF MOTION TO APPEAR AND PARTICIPATE PRO HAC VICE** |

Iwana Rademaekers hereby declares as follows:

1.    I am a member of the Law Offices of Iwana Rademaekers, P.C., 14785 Preston Road, Suite 550, Dallas, Texas 75254.

2.    I submit this declaration in support of the motion for admission *pro hac vice* in the above-captioned matter.

DECLARATION OF IWANA RADEMAKERS
IN SUPPORT OF MOTION TO APPEAR AND
PARTICIPATE PRO HAC VICE - 1

3.    I previously represented Lincoln Life Assurance Company of Boston in this matter, and am therefore, familiar with the facts and ERISA issues in the current action.

4.    I am and have been a member in good standing of the State Bar of Texas since May 6, 1988.

5.    My dates of admission to practice before other courts are as follows:

| Court | Date Admitted |
|---|---|
| U.S.D.C., Northern District of Texas | 11/07/88 |
| U.S.D.C., Eastern District of Texas | 05/21/98 |
| U.S.D.C., Western District of Texas | 09/02/98 |
| U.S.D.C., Southern District of Texas | 09/11/98 |
| U.S.D.C., Eastern/Western District of Arkansas | 05/22/98 |
| U.S.D.C., District of Colorado | 01/14/02 |
| U.S.D.C., Western District of Oklahoma | 08/13/13 |
| U.S.D.C., Western District of Tennessee | 12/02/19 |
| U.S.D.C., District of North Dakota | 01/02/20 |
| U.S. Court of Appeals for the Fourth Circuit | 09/28/98 |
| U.S. Court of Appeals for the Fifth Circuit | 08/19/02 |
| U.S. Court of Appeals for the Eighth Circuit | 01/25/00 |
| U.S. Court of Appeals for the Ninth Circuit | 08/27/14 |
| U.S. Court of Appeals for the Tenth Circuit | 07/29/02 |
| U.S. Court of Appeals for the Eleventh Circuit | 02/06/12 |

6.    I have never been subject to any disciplinary sanctions by any court or Bar Association.

7.    There are no pending disciplinary proceedings against me in any state or federal court.

8.    If admitted to practice *pro hac vice* in this matter, I will conduct myself in the manner required of attorneys so admitted.

DECLARATION OF IWANA RADEMAKERS
IN SUPPORT OF MOTION TO APPEAR AND
PARTICIPATE PRO HAC VICE - 2

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 3rd day of January 2020.

By: _Iwana Rahl_____
Law Offices of Iwana Rademaekers, P.C.
Attorneys for Defendant
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main:  (214) 579-9319
Fax:  (469) 444-6456
Email:  iwana@rademaekerslaw.com

DECLARATION OF IWANA RADEMAKERS
IN SUPPORT OF MOTION TO APPEAR AND
PARTICIPATE PRO HAC VICE - 3