Honorable Thomas O. Rice

**Iwana Rademaekers, Texas Bar No. 16452560**
(Admitted Pro Hac Vice)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main:  (214) 579-9319
Fax:  (469) 444-6456
Email:  iwana@rademaekerslaw.com

**Andrew Schpak, WSBA#39901**
BARRAN LIEBMAN LLP
601 SW 2nd Avenue, Suite 2300
Portland, Oregon 97204
PH:  (503) 228-0500
FX:  (503) 274-1212
Email:  ASchpak@barran.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| KELLY A. MOAT and KAROLYN K. MOAT, husband and wife<br><br>        Plaintiffs,<br><br>    vs.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, (formerly Liberty Life Assurance Company of Boston), a wholly owned subsidiary of LIBERTY INSURANCE GROUP, and/or LINCOLN NATIONAL GROUP,<br><br>        Defendant. | Case No. 2:19cv00385-TOR<br><br>**NOTICE OF SETTLEMENT** |

Defendant Lincoln Life Assurance Company of Boston (formerly Liberty Life Assurance Company of Boston) hereby gives notice that this case has settled.

NOTICE OF SETTLEMENT – 1
(Cause No. 2:19cv00385-TOR)

The parties are working on finalizing settlement documents at this time.   The parties will, as soon as possible, file a Stipulation of Dismissal with the Court to dismiss this case with prejudice.

SUBMITTED this 8th day of July 2020.

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

By  *s/ Iwana Rademaekers*
Iwana Rademaekers, Texas Bar #16452560
Admitted *Pro Hac Vice*
iwana@rademaekerslaw.com

BARRAN LIEBMAN LLP

By  *s/ Andrew Schpak*
Andrew Schpak, WSBA#39901
ASchpak@barran.com

ATTORNEYS FOR DEFENDANT

NOTICE OF SETTLEMENT – 2
(Cause No. 2:19cv00385-TOR)

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
14785 Preston Road, Suite 550
Dallas, Texas 75254
Phone (214) 579-9319  Fax (469) 444-6456

## DECLARATION OF SERVICE

The undersigned declares under penalty of perjury under the laws of the State of Washington that on this day, I electronically filed a true and accurate copy of the document to which this declaration is affixed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following counsel, to whom I also provided a copy of the Sealed Documents via electronic mail:

J. Scott Miller
Email: jscottmiller@jscottmiller.com

Dated this 8th day of July 2020, at Dallas, Texas.

*s/ Iwana Rademaekers*
Iwana Rademaekers

NOTICE OF SETTLEMENT – 3
(Cause No. 2:19cv00385-TOR)

**LAW OFFICES OF IWANA
RADEMAEKERS, P.C.**
14785 Preston Road, Suite 550
Dallas, Texas 75254
Phone (214) 579-9319  Fax (469) 444-6456