Honorable Thomas O. Rice

**Iwana Rademaekers, Texas Bar No. 16452560**
(Admitted Pro Hac Vice)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main:  (214) 579-9319
Fax:  (469) 444-6456
Email:  iwana@rademaekerslaw.com

**Andrew Schpak, WSBA#39901**
BARRAN LIEBMAN LLP
601 SW 2nd Avenue, Suite 2300
Portland, Oregon 97204
PH:  (503) 228-0500
FX:  (503) 274-1212
Email:  ASchpak@barran.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| KELLY A. MOAT and KAROLYN K. MOAT, husband and wife<br><br>Plaintiffs,<br><br>vs.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, (formerly Liberty Life Assurance Company of Boston), a wholly owned subsidiary of LIBERTY INSURANCE GROUP, and/or LINCOLN NATIONAL GROUP,<br><br>Defendant. | Case No. 2:19cv00385-TOR<br><br>**STIPULATED MOTION TO DISMISS WITH PREJUDICE** |

Plaintiffs, Kelly A. Moat and Karoyln K. Moat, and Defendant Lincoln Life

Assurance Company of Boston (formerly Liberty Life Assurance Company of

STIPULATION OF DISMISSAL WITH PREJUDICE – 1
(Cause No. 2:19cv00385-TOR)

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
14785 Preston Road, Suite 550
Dallas, Texas 75254
Phone (214) 579-9319  Fax (469) 444-6456

Boston) file this Joint Stipulated Motion to Dismiss pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiffs and Defendant no longer desire to litigate this action.

Accordingly, Plaintiffs and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiffs and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

SUBMITTED this 7th day of August 2020.

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

By _s/ Iwana Rademaekers_
Iwana Rademaekers, Texas Bar #16452560
Admitted *Pro Hac Vice*
iwana@rademaekerslaw.com

BARRAN LIEBMAN LLP

By _s/ Andrew Schpak_
Andrew Schpak, WSBA#39901
ASchpak@barran.com

ATTORNEYS FOR DEFENDANT

**AND**

LAW OFFICES OF J. SCOTT MILLER, P.S.

STIPULATION OF DISMISSAL WITH PREJUDICE – 2
(Cause No. 2:19cv00385-TOR)

s/ *J. Scott Miller*
J. Scott Miller, WSBA No. 14620
115 N. Washington
Jockey Club Suite 201
Spokane, WA 99201
Phone (509) 327-5591
jscottmiller@jscottmiller.com

ATTORNEYS FOR PLAINTIFFS

**DECLARATION OF SERVICE**

The undersigned declares under penalty of perjury under the laws of the State of Washington that on this day, I electronically filed a true and accurate copy of the document to which this declaration is affixed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following counsel, to whom I also provided a copy of the Sealed Documents via electronic mail:

J. Scott Miller
Email: jscottmiller@jscottmiller.com

Dated this 7th day of August 2020, at Dallas, Texas.

*s/ Iwana Rademaekers*
Iwana Rademaekers

STIPULATION OF DISMISSAL WITH PREJUDICE – 3
(Cause No. 2:19cv00385-TOR)

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
14785 Preston Road, Suite 550
Dallas, Texas 75254
Phone (214) 579-9319  Fax (469) 444-6456