UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| KELLY A. MOAT and KAROLYN K. MOAT, husband and wife<br><br>Plaintiffs,<br><br>vs.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, (formerly Liberty Life Assurance Company of Boston), a wholly owned subsidiary of LIBERTY INSURANCE GROUP, and/or LINCOLN NATIONAL GROUP,<br>Defendant. | Case No.  2:19cv00385-TOR<br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Stipulated Motion to Dismiss With Prejudice and good cause appearing,

**IT IS HEREBY ORDERED** that this matter is dismissed with prejudice. Each side will bear its own attorney's fees and costs.

Dated this _____day of _____, 2020.


_____
JUDGE THOMAS O. RICE

[PROPOSED] ORDER ON DEFENDANT'S
MOTION TO APPEAR PRO HAC VICE - 1