UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KELLY A. MOAT and KAROLYN K. MOAT, husband and wife,<br><br>             Plaintiffs,<br>    vs.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, (formerly Liberty Life Assurance Company of Boston), a wholly owned subsidiary of LIBERTY INSURANCE GROUP, and/or LINCOLN NATIONAL GROUP,<br><br>             Defendants. | NO: 2:19-CV-0385-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss with Prejudice. ECF No. 24. The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and provides that each party will bear their own costs and attorneys' fees. The Court has reviewed the record and files herein, and is fully informed.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice, each party shall bear their own costs and attorneys' fees.

All pending hearings and deadlines are hereby **VACATED** as moot.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

**DATED** August 10, 2020.



THOMAS O. RICE
United States District Judge